AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| SALVATORE JOHN CARPANZANO a/k/a "Salvatore Lombardo" and HEATHER GAYLE FISHER | ) Case No. ) ) 3:25mj249/HTC ) ) ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/26/22 to 6/5/24__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343 & 1349 | Wire Fraud and Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1957 | Money Laundering |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kendra Holloway, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 4, 2025

_____
*Judge's signature*

City and state: Pensacola, Florida     Hope T. Cannon, U.S. Magistrate Judge
*Printed name and title*



FILED USDC FLND PN
AUG 4 '25 PM 1:35