IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

SALVATORE JOHN CARPANZANO
   a/k/a "Salvatore Lombardo"
and
HEATHER GAYLE FISHER
_____/

Filed Under Seal

Case No.: 3:25mj249/HTC

### AFFIDAVIT IN SUPPORT OF
### AN APPLCATION FOR A CRIMINAL COMPLAINT

I, Kendra Holloway, being first duly sworn, hereby depose and state as follow:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for approximately 8.5 years. As a Special Agent, I am a Federal Law Enforcement Officer within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure, that is, a government agent engaged in the enforcement of the criminal laws of the United States, and thereby authorized to request the issuance of federal seizure warrants. As a FBI Special Agent, my responsibilities include the investigation of possible criminal violations of Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Section 1957

1



(Money Laundering), and related offenses. These investigations focused on individuals deriving income from legal and illegal sources. I have also participated in the execution of search and/or seizure warrants on businesses and residences. I have received extensive training in financial investigation techniques. I have participated in training classes on money laundering and asset forfeiture.

2.  I submit this affidavit in support of a criminal complaint against SALVATORE JOHN CARPANZANO ("CARPANZANO") and HEATHER GAYLE FISHER ("FISHER"). As set forth in more detail below, I believe there is probable cause to believe that between on or about October 26, 2022, and continuing through at least June 5, 2024, in the Northern District of Florida, CARPANZANO and FISHER did knowingly and willfully execute a scheme or artifice to defraud in violations of Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud), and Title 18, United States Code, Section 1957 (Money Laundering).

3.  I am familiar with the facts and circumstances surrounding this investigation, both from my own investigative activities and from information obtained from law enforcement officers and others with personal knowledge of the facts. I have not included all facts known to me concerning this investigation, but rather only those facts necessary to establish support for the criminal complaint.

## BACKGROUND

4. CARPANZANO was the subject of a Federal Bureau of Investigation (FBI) New York investigation and was ultimately arrested on November 24, 2014, and prosecuted by the Southern District of New York. In that investigation, CARPANZANO was the Director of US Operations for Samba Financial Group Escrow and Consulting Services, USA LLC and conspired with others to defraud victims of millions of dollars by convincing them that he could obtain fraudulent financial instruments with large financial returns for a small application fee. On December 9, 2015, CARPANZANO pleaded guilty to an 8-count information, including one count of conspiracy to commit wire fraud and seven counts of wire fraud. On September 12, 2018, CARPANZANO was sentenced to 48 months incarceration and 3 years supervised release. It is believed that CARPANZANO and Fisher currently reside at address 6601 Carlinga Drive, Apt 77, Pensacola, FL, which is located within the Northern District of Florida's jurisdiction.

5. Founded in 1979 by Ken Fisher, Fisher Investments began as a small, fee-only investment adviser. Over the decades, it has grown into a global independent money management firm headquartered in Plano, Texas, with more than 15 offices worldwide. Since 2016, Damian Ornani has served as the CEO, while Ken Fisher continues as executive chairman and co-chief investment officer. As of December 2024, Fisher Investments managed nearly $300 billion for

approximately 175,000 clients across private wealth, institutional, international, and 401(k) business units.

6.    Fisher Investments Private Client Group LLC (FIPCG) is a Foreign Limited Liability Company, registered to transact business in Florida on December 1, 2021. The registered Agent's name is FISHER, address 6601 Carlinga Drive, Box #77, Pensacola, FL 32507. The Federal Employer Identification Number (FEI)/Employer Identification Number (EIN) is listed as 87-3754175, State is Delaware, and Status is Active.

## INVESTIGATION

7.    On December 24, 2024, the FBI New York – Westchester Resident Agency was contacted by the United States Attorney's office for the Southern District of New York regarding an alleged fraudulent financial activity perpetrated by CARPANZANO and FISHER who were allegedly pretending to be a representative of Fisher Investments in Florida.

8.    On February 20, 2025, Fisher Investments General Counsel and Fisher Investments Vice President were interviewed and stated Fisher Investments first became aware CARPANZANO was pretending to be an employee of Fisher Investments when they received a collections action tied to CARPANZANO in which employment records were requested. This was suspicious because CARPANZANO had never worked for Fisher Investments. Fisher Investments

believed CARPANZANO and FISHER created a company utilizing the Fisher Asset Management name, and falsely claimed it was tied to the real Ken Fisher and Fisher family when it was not. Fisher Investments believed this because approximately five alleged victims had reached out to Fisher Investments, claimed they received correspondence from Fisher with the Fisher Investments letterhead, and subsequently wired money with the belief they were investing with the real Fisher Investments.

9. On April 1, 2025, LAW FIRM #1 was interviewed and stated in 2022, he was presented with a humanitarian funding opportunity which was supposed to be a non-securitized investment opportunity. CARPANZANO (who at the time utilized the alias Salvatore Lombardo) and FISHER told him FIPCG was associated with Fisher Investments, and FISHER was an estranged relative of Ken Fisher's. LAW FIRM #1 originally invested approximately 1.2 million dollars and received approximately $200,000 back. FIPCG then asked for more money. In total, LAW FIRM #1 wired approximately $2,420,221.63 to FIPCG as part of the scam. FIPCG utilized WhatsApp number 914-704-7057 to communicate with LAW FIRM #1, FISHER emailed him from the email address SaxonFisher@FIPCG.com, and CARPANZANO emailed him from FACSCorp@Aol.com.

10. This investigation revealed the account holder and primary user listed for the website FIPCG.com was CARPANZANO, address 6601 Carlinga Drive,

Pensacola, FL 32507-9565, Email FACSCorp@Aol.com. Additionally, the billing history revealed Invoice #102626232, which listed the account name as CARPANZANO and address as Fisher Investments Private Client Group, 6601 Carlinga Dr, Pensacola, FL 32507-9565, for the product name Fipcg.com.

## ACQUIRING AND ANALYSIS OF BANK RECORDS

11. In March 2025, records were obtained from Truist bank which revealed on or about May 9, 2022, FISHER opened Truist Bank Business Account with the last four digits 3460. FISHER is the signer on the account, and the account owner name and address were listed as follows:

Fisher Investments Private Client Group

14493 Salt Meadow Dr

Pensacola, FL 32507-9542

12. A review of this account revealed that in most cases as soon as money was wired into the account, money was rapidly depleted by credit card payments, loan payments, transfers to INDIVIDUAL #1 via international wire transfer to Turkey, purchase of assets, Zelle or CashApp Transfers, utilities, and other miscellaneous expenses that are non-investment related.

13. Specifically, on or about October 26, 2022, LAW FIRM #1 wired $200,000 to FIPCG's Truist Bank account ending in 3460. Funds from this wire

were depleted through small transactions via Zelle transfers, Western Union, Credit Card and loan payments, Publix, etc.

14. On or about November 15, 2022, LAW FIRM #1 wired $200,000 to FIPCG's Truist Bank account ending in 3460. On November 18, 2022, CARPANZANO purchased a 2017, Mercedes-Benz S-Class Convertible 2D S63 AMG, AWD, 5.5L, V8 Turbo, VIN: WDDXK7JB2HA023146, from Luxury Motor Cars LLC for a total of approximately $106,558 with a $30,000 down payment. On November 18, 2022, $30,000 was sent from FIPCG's Truist Bank account ending in 3460, to Luxury Motor Cars LLC which posted to the account on November 22, 2022.

15. On or about December 7, 2022, LAW FIRM #1 wired $200,000 to FIPCG's Truist Bank account ending in 3460. On or about the same date, $141,000 was wired to INDIVIDUAL #1 from FIPCG's Truist Bank account ending in 3460. According to open-source research, INDIVIDUAL #1 is a notorious and habitual fraudster who has engaged in a series of criminal activities. Additionally, on or about December 8, 2022, an Automated Clearing House (ACH) payment of $34,000 was sent to Miller Motors from FIPCG's Truist Bank account ending in 3460. Miller Motors was a used car dealership located in Westwego, LA, that has gone out of business.

16. On or about December 12, 2022, LAW FIRM #1 wired $200,000 to FIPCG's Truist Bank account ending in 3460. On or about December 14, 2022, a $231,500.00 wire to INDIVIDUAL #1 posted to FIPCG's Truist Bank account ending in 3460.

17. On or about August 25, 2023, LAW FIRM #1 wired $100,000 to FIPCG's Truist Bank account ending in 3460. On or about August 28, 2023, a $100,000 wire to INDIVIDUAL #1 posted to FIPCG's Truist Bank account ending in 3460.

18. On or about August 28, 2023, LAW FIRM #1 wired $50,000 and $350,000 to FIPCG's Truist Bank account ending in 3460. On or about the same date, FIPCG's Truist Bank account ending in 3460 was overdrawn by $119,653.53. Consequently, $119,653.53 of the $400,000 wired by LAW FIRM #1 was utilized to cover the overdrawn account. Additional funds from the leftover money wired was utilized for credit card and loan expenses, utility bills, insurance payments, etc. and was slowly depleted over time on non-investment related expenses.

19. On or about February 27, 2024, LAW FIRM #1 wired $369,828.82 to FIPCG's Truist Bank account ending in 3460. On or about March 8, 2024, FISHER purchased a 2006, Neptunis, Flybridge Motor Yacht, Vessel Name: Midnight Lady, Hull Number: XVP5681F1506, with Caterpillar 3406E Engine, from Off the Hook Yacht Sales for approximately $425,000. On the same date, FISHER wired $42,500

to Off The Hook Yacht Sales from FIPCG's Truist Bank account ending in 3460. Furthermore, on or about April 2, 2024, FISHER wired an additional $380,595 to Off The Hook Yacht Sales with the originating to beneficiary listed as "Midnight Lady."

20. On or about June 5, 2024, LAW FIRM #1 wired $373,966.26 to FIPCG's Truist Bank account ending in 3460. On or about June 5, 2024, a $225,000 wire to INDIVIDUAL #1 posted to FIPCG's Truist Bank account ending in 3460.

21. In summary, between approximately October 26, 2022, and June 5, 2024, LAW FIRM #1 sent ten wire transfers to FIPCG's Truist Bank account ending in 3460 for a total of $2,420,221.63. Of this $2,420,221.63, all of the funds were either spent or wired to individuals in foreign countries via international wire transfers.

## FUNDS CALCULATION

### Incoming Funds to FIPCG's Truist Bank account ending in 3460

| Account # | Posted Date | Sender Name | Deposit Amount |
|---|---|---|---|
| -3460 | 10/26/2022 | LAW FIRM #1 | $200,000.00 |
| -3460 | 11/15/2022 | LAW FIRM #1 | $200,000.00 |
| -3460 | 12/7/2022 | LAW FIRM #1 | $200,000.00 |
| -3460 | 12/12/2022 | LAW FIRM #1 | $200,000.00 |
| -3460 | 8/25/2023 | LAW FIRM #1 | $100,000.00 |
| -3460 | 8/28/2023 | LAW FIRM #1 | $50,000.00 |
| -3460 | 8/28/2023 | LAW FIRM #1 | $350,000.00 |
| -3460 | 2/27/2024 | LAW FIRM #1 | $369,828.82 |
| -3460 | 4/1/2024 | LAW FIRM #1 | $376,426.55 |
| -3460 | 6/5/2024 | LAW FIRM #1 | $373,966.26 |
| | | Total | $2,420,221.63 |

**Outgoing Funds from FIPCG's Truist Bank account ending in 3460 within a week of incoming wires from LAW FIRM #1**

| Account # | Posted Date | Payment Recipient | Payment Amount |
|---|---|---|---|
| -3460 | 11/22/2022 | Luxury Motor Cars (NJ) | $(30,000.00) |
| -3460 | 12/7/2022 | INDIVIDUAL #1 | $(141,000.00) |
| -3460 | 12/9/2022 | Miller Motors (Westwego, LA) | $(34,000.00) |
| -3460 | 12/14/2022 | INDIVIDUAL #1 | $(231,500.00) |
| -3460 | 8/28/2023 | INDIVIDUAL #1 | $(100,000.00) |
| -3460 | 2/29/2024 | INDIVIDUAL #1 | $(100,000.00) |
| -3460 | 4/2/2024 | Off the Hook Yacht Sales NC LLC | $(380,595.00) |
| -3460 | 6/5/2024 | INDIVIDUAL #1 | $(225,000.00) |
| | | Total | $(1,242,095.00) |

## **CONCLUSION**

22.  I believe there is probable cause to believe on or about October 26, 2022, and continuing through at least June 5, 2024, in the Northern District of Florida, CARPANZANO and FISHER did knowingly and willfully execute a scheme or artifice to defraud in violations of Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud), and Title 18, United States Code, Section 1957 (Money Laundering).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

_____
Kendra Holloway
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this 4th day of August 2025, in Pensacola, Florida.

_____
Hope T. Cannon
United States Magistrate Judge