IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:25cr151/TKW

SALVATORE JOHN CARPANZANO
　and
HEATHER GAYLE FISHER
_____/

## MOTION TO QUASH ARREST WARRANTS

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to quash the arrest warrants issued on August 26, 2025. The defendants are currently on pre-trial release and their arraignments have been scheduled for September 3, 2025, before United States Magistrate Judge Zachary C. Bolitho. Therefore, the warrants are not necessary.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

*//s//* *Jeffrey M. Tharp*
JEFFREY M. THARP
Assistant United States Attorney
Florida Bar No. 45066
21 E. Garden St., #300
Pensacola, FL 32502-5675
(850) 444-4000

1

## **LOCAL RULE 7.1(F) CERTIFICATE**

I HEREBY CERTIFY that the above memorandum complies with the word limit in N.D. Fla. Loc. R. 7.1(F) because this memorandum contains 179 words, excluding those parts that are exempted by the rule.

                                                                                                  */s// Jeffrey M. Tharp*
                                                                                                  JEFFREY M. THARP
                                                                                                  Assistant United States Attorney